United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America *ex rel.* | § | |
| Charles Glover and Reynaldo Solano, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-CV-03472 |
| | § | |
| Cardiac Imaging, Inc. and | § | |
| Sam Kancherlapalli, | § | |
| *Defendants*. | § | |

## ORDER OF ADOPTION

On June 4, 2024, Magistrate Judge Peter Bray recommended that the United States' Motion to Dismiss Relators' Qui Tam Complaint be granted and that the case be dismissed without prejudice. (D.E. 51.) Relators Glover and Solano filed objections. (D.E. 52.) Relators' objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on July __2__, 2024.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE